Loyce Hamilton, St. Louis, for defendant/appellant.

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

## ORDER

## ORDER

### PER CURIAM.

This is an appeal from the trial court's order setting aside a decree of default in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

**David F. HOLDER,
Petitioner/Appellant,**

v.

**Leona F. HOLDER,
Respondent/Respondent.**

**No. 59427.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 19, 1991.

R. Michael Fischer, Paskal, Cohen & Benson, Clayton, for petitioner/appellant.

Barbara Blee Maille, Julie C. Ford, Soraghan, Stockenberg, McKitrick & Gould, St. Louis, for respondent/respondent.